**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  TRACY K. JOHNSON                                              Case Number: 08-72629
        24 MARQUETTE ROAD                    SSN-xxx-xx-1231
        MACHESNEY PARK, IL  61115

                                                                Case filed on:      8/15/2008
                                                                Plan Confirmed on:

                                    U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY GARY C FLANDERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MRS ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BLITT & GAINES P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ENHANCED RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SILVER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PEOPLE FIRST RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT RESOURCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | TRACY K. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE | 2,115.33 | 2,115.33 | 0.00 | 0.00 |
| 004 | LVNV FUNDING LLC | 1,011.55 | 1,011.55 | 0.00 | 0.00 |
| 006 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 809.77 | 809.77 | 0.00 | 0.00 |
| 011 | OSF HEALTHCARE SOUTHRIDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS STUDENT ASSISTANCE COMM | 38,853.77 | 0.00 | 0.00 | 0.00 |
| 015 | CRS | 3,193.94 | 3,193.94 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,148.09 | 1,148.09 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 1,115.59 | 1,115.59 | 0.00 | 0.00 |
|     | Total Unsecured | 48,248.04 | 9,394.27 | 0.00 | 0.00 |
|     | Grand Total: | 48,248.04 | 9,394.27 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008            By   /s/Heather M. Fagan